IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN LASS, as an individual and as a representative of the classes,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,<br><br>    Defendants. | Civ. Action No. 11-10570-WGY |

## STIPULATION REGARDING EXTENSION TO SCHEDULE

Plaintiff Susan Lass and Defendants Bank of America, N.A. and BAC Home Loans Servicing, L.P. (collectively, "Defendants"), through their respective counsel, hereby stipulate that Defendants may have an extension to Tuesday, May 10, 2011, within which to file their first responsive pleading. In the event that Defendants respond by motion, the parties further stipulate that Plaintiff may have until Friday, May 27, 2011, to file a response to such motion.

Dated:  April 21, 2011

By: /s/     Matthew G. Lindenbaum
John C. Englander (BBO# 542532)
Matthew G. Lindenbaum (BBO# 670007)
Mark T. Knights (BBO# 670991)
GOODWIN PROCTER, LLP
Exchange Place
53 State St.
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231
jenglander@goodwinprocter.com
mlindenbaum@goodwinprocter.com
mknights@goodwinprocter.com

*Attorneys for Bank of America, N.A. and BAC Home Loans Servicing, L.P.*

1

By: /s/ Kai Richter
NICHOLS KASTER, PLLP
Paul J. Lukas (*pro hac vice*)
E. Michelle Drake (*pro hac vice*)
Kai Richter (*pro hac vice*)
Rebekah L. Bailey (*pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870

By: /s/ Thomas W. Duffey
KEANE, KLEIN & DUFFEY
Thomas W. Duffey (BBO# 563616)
1 Church Court
Boston, MA 02109
Telephone: (617) 242-8383
Fax: (617) 242-8313

*Attorneys for Plaintiff and The Putative Classes*

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, Matthew G. Lindenbaum, hereby certify that counsel for Plaintiff Susan Lass, and counsel for Defendants Bank of America, N.A. and BAC Home Loans Servicing, L.P., have conferred in good faith and Plaintiff consents to the filing of this Motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 21, 2011

Date: April 21, 2011                                        /s/   Matthew G. Lindenbaum