**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUSAN LASS, as an individual and as a representative of the classes,<br><br>        Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.,<br><br>        Defendants. | Civil Action No. 11-10570-WGY |

**MOTION TO DISMISS OF DEFENDANTS BANK OF AMERICA, N.A. AND BAC
HOME LOANS SERVICING, L.P.**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Bank of America, N.A. and BAC Home Loans Servicing, L.P. (collectively, "Defendants") hereby move this Court to dismiss all counts of the Complaint of Plaintiff Susan Lass.  As set forth more fully in the accompanying Memorandum of Law, the Complaint fails to state a claim upon which relief can be granted, and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that this Court dismiss all counts of the Complaint against them with prejudice.

Dated: May 10, 2011                              Respectfully submitted,

                                                          BANK OF AMERICA, N.A., and BAC
                                                          HOME LOANS SERVICING, L.P.,

By their attorneys,

/s/ John C. Englander
John C. Englander (BBO # 542532)
Matthew G. Lindenbaum (BBO # 670007)
Mark T. Knights (BBO # 670991)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
mlindenbaum@goodwinprocter.com
mknights@goodwinprocter.com

**LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE**

     I hereby certify pursuant to District of Massachusetts Local Rule 7.1(A)(2) that I conferred with counsel for Plaintiff regarding the relief requested in this Motion and Plaintiff has not assented to the relief requested.

     I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 10, 2011.

     /s/ John C. Englander