## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUSAN LASS, as an individual and as a representative of the classes,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,<br><br>        Defendants. | Civil Action No. 11-10570-WGY |

## DECLARATION OF MATTHEW G. LINDENBAUM IN SUPPORT OF DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Matthew G. Lindenbaum, do declare and state as follows:

1. I am an associate at Goodwin Procter LLP, counsel to Defendants Bank of America, N.A. and BAC Home Loans Servicing, L.P. (collectively, "Bank of America") in this matter. I submit this Declaration in support of Bank of America's Motion to Dismiss.

2. A true and correct copy of Plaintiff's Mortgage is attached hereto as Exhibit 1.

3. A true and correct copy of a letter sent from Bank of America Home Loans to Plaintiff, dated November 16, 2009, is attached hereto as Exhibit 2.

4. A true and correct copy of a letter sent from Bank of America Home Loans to Plaintiff, dated December 14, 2009, is attached hereto as Exhibit 3.

5. A true and correct copy of a letter sent from Bank of America Home Loans to Plaintiff, dated January 10, 2010, is attached hereto as Exhibit 4.

6. A true and correct copy of a letter sent from Bank of America Home Loans to Plaintiff, dated September 19, 2010, is attached hereto as Exhibit 5.

7.  A true and correct copy of a letter sent from Bank of America Home Loans to Plaintiff,

    dated November 7, 2010, is attached hereto as Exhibit 6.


    I declare under penalty of perjury that the foregoing is true and correct.


Date:  May 10, 2011                          /s/   Matthew G. Lindenbaum__

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, filed through the ECF system, will be electronically sent to those indicated on the Notice of Electronic Filing as registered participants, and hard copies will be sent to those indicated as non-registered participants, on May 10, 2011.

/s/  Matthew G. Lindenbaum