# EXHIBIT 2



**Bank of America**
**Home Loans**

P.O. BOX 961206
FORT WORTH, TX  76161-0206

016828 - 065629
SUSAN LASS
23 HOMESTEAD AVE
REHOBOTH, MA 02769-1912

Notice Date:   NOVEMBER 16, 2009

**Bank of America Account No.:**

**Property Address:**
23 HOMESTEAD AVENUE
REHOBOTH MA  02769

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

We recently discovered the flood insurance coverage **on your Property** is not adequate. The additional coverage required is $145,086.00.

According to our records, your property is located in Flood Zone A2, according to Map Panel Number 000000-   -.  The determination that your Property is located in a Flood Area is made at the time your loan originated and at any time during the term of your loan.  Because the Property is in a Flood Area, you are required by the terms of your mortgage/deed of trust and/or Federal law to have adequate flood insurance on your Property.  If you do not agree that your Property is located in a Flood Area, please send us documentation from the Federal Emergency Management Agency (FEMA) supporting your position.  The documentation must be in the form of a Letter of Map Amendment/Revision (LOMA/LOMR) that you can obtain from FEMA.  Information regarding Flood Areas and contact information regarding FEMA using the resources identified below under the heading "Flood Insurance Requirements."

If verification of acceptable flood insurance coverage **is not received** by 01/04/2010, BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A. ("BAC Home Loans") will purchase the additional required flood insurance coverage (Lender-Placed Insurance) at your expense and charge you for the cost of the insurance.  The approximate cost of the Lender-Placed Insurance will be $748.10, if purchased.  The coverage period will be effective from 11/01/2009 until 11/01/2010.

**WHAT YOU NEED TO DO**

We offer several options to update your insurance:

- You can provide policy information on our website at **bankofamerica.com/cwcustomers**;
- Your agent can provide policy information on our business partner's website at **bankofamerica.com/mortgagebusiness**;
- You may **fax** a copy of your flood insurance declaration page with your loan number to: (800) 293-8158;
- You may **call** the customer service automated system at (866) 265-3321;
- Or you can **mail** a copy of your flood declaration page with your loan number using the enclosed self-addressed, pre-paid envelope to the return address above.

Please note, if you live in a condominium complex insured under a master policy issued to your condominium association, please send to us using the mailing instructions shown above, evidence of insurance from the association's master policy demonstrating proof of adequate flood insurance coverage.

Once you have updated your insurance information through one of the options listed above, you may confirm our records have successfully been updated by; visiting our website at **bankofamerica.com/cwcustomers**, or viewing your monthly statement.

Please write your loan number on all correspondence.                                                                          AR90051

RE:   SUSAN LASS
      Bank of America Loan #: ▮▮▮▮▮▮▮▮

---

## FLOOD INSURANCE REQUIREMENTS

The flood insurance policy you purchase must:

- Be issued by the National Flood Insurance Program (NFIP) or a private insurer properly licensed to do business where the Property is located;
- Provide coverage at least as broad as the coverage offered by the NFIP flood policies;
- Have a deductible not greater than $1,000 or 1% of the face amount of the flood insurance policy, unless a higher maximum deductible is required by state law;
- Have as the named insured on the policy the same mortgagor/trustor as on your mortgage or deed of trust, and
- Include a standard mortgagee clause naming BAC Home Loans Servicing, LP and providing for notice of cancellation to us at the following address:

    BAC HOME LOANS
    P.O. BOX 961206
    FORT WORTH, TX  76161-0206

Additional requirements related to flood insurance can also be found on our website, **bankofamerica.com/cwcustomers**.  Information regarding flood zones and the NFIP can be found by visiting the FEMA website at http://www.floodsmart.gov.  You can call FEMA at (888)379-9531 or email them at floodsmart@dhs.gov.

---

## ADDITIONAL INFORMATION

The Flood Disaster Protection Act of 1973, as amended, and your loan terms require that adequate flood insurance must be purchased and maintained for the entire term of your loan because the above referenced property (the "Property") securing your loan is in a Special Flood Hazard Area (Flood Area) as established by the FEMA.

To purchase additional flood insurance for your Property, we urge you to contact an insurance agent/company.  If you do not know of an insurance agent or company to contact and would like Banc of America Insurance Services, Inc. ("BAISI"), a licensed insurance agency, to assist you in obtaining an NFIP flood insurance policy to replace your current insufficient flood insurance policy, a licensed sales agent may be reached at (800) 669-0105.  BAISI is an affiliate of Bank of America, N.A. and may receive a commission or other compensation in connection with obtaining your insurance.

---

## LENDER-PLACED INSURANCE INFORMATION

To maintain acceptable insurance, we require that you maintain flood insurance coverage in an amount at least equal to the lesser of: (1) the maximum insurance available under the NFIP for participating communities, which is currently $250,000; or (2) the replacement value of the improvements to your Property (typically based on the amount of hazard insurance we understand you have purchased for the Property).

**Important Note:**  If the **hazard insurance coverage** amount (item two, above) is the lesser of the above two values, any subsequent changes to your hazard insurance coverage may change your flood insurance requirement.  Please take this into consideration if you alter your hazard insurance coverage.

---

## PURCHASING LENDER-PLACED INSURANCE

If we purchase a Lender-Placed Insurance policy, the cost of that policy will be charged to you and may become an additional debt secured by your mortgage or deed of trust. If you have an escrow account, the annual cost for this insurance will be paid from it.  If you do not have an escrow account, BAC Home Loans may establish one and charge the cost of the Lender-Placed Insurance to it.  Charging the annual cost for this insurance to your escrow account will likely cause your monthly payments to increase. If the Lender-Placed Insurance policy is issued with regard to a Home Equity Line of Credit (HELOC) with us, the cost of the Lender-Placed Insurance will be a draw against your HELOC.  If payment of the cost of Lender-Placed Insurance becomes an additional debt secured by your mortgage or deed of trust,

RE: SUSAN LASS
Bank of America Loan #: ▮▮▮▮▮▮▮

or if such payment is made through a draw against your HELOC, the payment will accrue interest at the rate provided for in your note.

Lender-Placed Flood Insurance may be purchased by us through agencies that are affiliates of Bank of America, N.A.. Bank of America, N.A. and its affiliates may receive a commission or other compensation in connection with obtaining this coverage. Due to the limited information we have about your Property, flood insurance purchased by us, which is called Lender-Placed Insurance will consist of the following:

- The premium may be more expensive and will likely provide less coverage than was previously in effect or that you can obtain on your own.
- The Lender-Placed Insurance may not be sufficient to protect your full equity interest in the Property should a flood loss occur and may not be sufficient to fully restore or repair your property to its previous condition. In the event of a claim under a Lender-Placed Insurance policy, all payments will be made to BAC Home Loans, except amounts in excess of BAC Home Loans' interest which will be forwarded to you.
- The Lender-Placed Insurance will only cover the structure, as described in the policy we purchase. It does not provide coverage for loss or damage to personal property (such as personal contents of your home), loss from theft or injury to persons or property for which you may be liable or additional living expenses. You can obtain such additional coverage if you purchase your own flood insurance policy.
- Lender-Placed Insurance will insure only for the peril of flood. It is not homeowner's insurance.
- An NFIP policy you obtain through your insurance agent/company will be backed by the full faith and credit of the U.S. Government, whereas the coverage we obtain is not.

In the event that we purchase additional flood insurance and it is subsequently determined that you had acceptable coverage, then upon our receipt of proof of such coverage, you will receive a full refund of the amount paid for the Lender-Placed Insurance policy. This is provided that your own flood insurance coverage dates back to the beginning of the Lender-Placed Insurance coverage period, without lapse.

**THANK YOU FOR YOUR BUSINESS**

We encourage you to act now and obtain flood insurance in the necessary amounts to avoid incurring the cost of our buying Lender-Placed Insurance. We appreciate the opportunity to service your home loan and we look forward to resolving this matter quickly.