# EXHIBIT 3

9046



**Home Loans**

P.O. BOX 961206
FORT WORTH, TX  76161-0206

Service Center Phone #:  (866) 265-3321
Fax #:  (800) 293-8158

Date:  DECEMBER 14, 2009

004847 - 019321
SUSAN LASS
23 HOMESTEAD AVE
REHOBOTH, MA 02769-1912

### IMPORTANT INFORMATION REGARDING FLOOD INSURANCE
### A RESPONSE TO THIS LETTER MAY BE REQUIRED

### SECOND NOTICE

| | | | |
|---|---|---|---|
| **Property Address:** | 23 HOMESTEAD AVENUE REHOBOTH MA  02769 | | |
| **Bank of America Loan #:** | ▉▉▉▉▉ | | |
| **Flood Zone:** | A2 | **Map Panel Number:** | 000000-  - |
| **Annual Flood Insurance Cost under the Policy, if purchased:** | | | $748.10 |
| **Lender Placed Flood Insurance Coverage Amount under the Policy, if purchased:** **(This is the amount of additional flood insurance our records show you need to purchase.)** | | | $145,086.00 |

**Coverage Period, if purchased by BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A. ("BAC Home Loans")**

From: 11/01/2009        Until: 11/01/2010

Dear Susan Lass:

### WHY HAVE YOU RECEIVED THIS LETTER?

About a month ago, we sent a letter advising you that the Federal Flood Disaster Protection Act of 1973, as amended, and/or the terms of your mortgage/deed of trust, require that flood insurance be purchased and maintained for the entire term of your loan on improvements to your Property (buildings, homes, condominiums and mobile homes) located in a Special Flood Hazard Area (Flood Area), as shown on a map published by the Federal Emergency Management Agency (FEMA). **Our records show that you do not have enough current flood insurance on the property located at the property address above (the "Property").** As a result, if we do not receive documentation that you do have acceptable flood insurance for the Property, we may purchase the additional flood insurance (Lender-Placed Insurance) required and charge you for the cost of the insurance.

### IS YOUR PROPERTY LOCATED IN A FLOOD AREA?

The determination that your Property is located in a Flood Area is made at the time your loan originated and at any time during the term of your loan. Based upon the information we have received, we have determined that your Property is located in a Flood Area. Because the Property is in a Flood Area, you are required by the terms of your mortgage/deed of trust and/or Federal law to have adequate flood insurance on your Property. If you do not agree that your Property is located in a Flood Area, please send us documentation from FEMA supporting your position. The documentation must be in the form of a Letter of Map Amendment/Revision (LOMA/LOMR) that you can obtain from FEMA. Information

AR90051

RE:  SUSAN LASS
      Bank of America Loan #: ████████

regarding Flood Areas and contact information regarding FEMA can be found by visiting FEMA's website at http://www.fema.gov/nfip or by calling FEMA at (800) 525-0321.

## WHAT IS ACCEPTABLE FLOOD INSURANCE AND COVERAGE AMOUNT?

The additional flood insurance coverage that our records indicate you need to purchase may be purchased from the same company that is currently providing your flood insurance. The flood insurance policy you purchase must: (1) be issued by the National Flood Insurance Program (NFIP) or a private insurer properly licensed to do business where the Property is located; (2) provide coverage at least as broad as the coverage offered by the NFIP flood policies; (3) have a deductible not greater than $1,000 or 1% of the face amount of the flood insurance policy, unless a higher maximum deductible is required by state law; (4) have as the named insured on the policy the same mortgagor/trustor as on your mortgage or deed of trust, and (5) include a standard mortgagee clause naming BAC Home Loans Servicing, LP and providing for notice of cancellation to us at the following address:

> BAC HOME LOANS
> P.O. BOX 961206
> FORT WORTH, TX 76161-0206

To maintain acceptable insurance, we require that you maintain flood insurance coverage in an amount at least equal to the lesser of: (1) the maximum insurance available under the NFIP for participating communities, which is currently $250,000; or (2) the replacement value of the improvements to your Property (typically based on the amount of hazard insurance we understand you have purchased for the Property).

To purchase additional flood insurance for your Property, we urge you to contact an insurance agent/company. If you do not know of an insurance agent or company to contact and would like Banc of America Insurance Services, Inc. ("BAISI"), a licensed insurance agency, to assist you in obtaining an NFIP flood insurance policy to replace your current insufficient flood insurance policy, a licensed sales agent may be reached at (800) 669-0105, Monday through Friday, from 5:15 am to 6:00 pm, Pacific Standard Time. BAISI is an affiliate of Bank of America, N.A. and may receive a commission or other compensation in connection with obtaining your insurance.

## HOW HAVE WE DETERMINED YOU DO NOT HAVE CURRENT AND/OR ACCEPTABLE FLOOD INSURANCE?

Our records indicate that you currently do not have enough flood insurance coverage for the Property. Based upon the information we have regarding the outstanding balance of the loans secured by the Property and the value of improvements on the Property, you should purchase additional flood insurance coverage of $145,086.00.

## WHAT WILL HAPPEN IF YOU DON'T RESPOND TO THIS LETTER OR DO NOT PURCHASE YOUR OWN FLOOD INSURANCE COVERAGE?

**If verification of acceptable and continuous flood insurance coverage is not received within 15 days from the date of this letter, BAC Home Loans may purchase flood insurance at your expense.**

Due to the limited information we have about your Property, flood insurance purchased by us, which is called Lender-Placed Insurance, may be more expensive and will likely provide less coverage than was previously in effect or that you can obtain on your own. The Lender-Placed Insurance will protect our interest in the Property. The Lender-Placed Insurance is not intended to and may not be sufficient to protect your full equity interest in the Property should a flood loss occur and may not be sufficient to fully restore or repair your property to its previous condition.

The Lender-Placed Insurance will only cover the structure, as described in the policy we purchase. It does not provide coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft or injury to persons or property for which you may be liable or additional living expenses. You can obtain such additional coverage if you purchase your own flood insurance policy. Lender-Placed Insurance will insure only for the peril of flood. It is not homeowner's insurance.

An NFIP policy you obtain through your insurance agent/company will be backed by the full faith and credit of the U.S. Government, whereas the coverage we obtain is not.

RE:   SUSAN LASS
      Bank of America Loan #: ▮▮▮▮▮▮▮

In the event of a claim under a Lender-Placed Insurance policy, all payments will be made to BAC Home Loans, except amounts in excess of BAC Home Loans' interest which will be forwarded to you.

## WHAT SHOULD YOU DO IN RESPONSE TO THIS LETTER?

If you believe you already have acceptable flood insurance coverage as described above, please forward or have your insurance agent forward evidence showing that you have acceptable insurance coverage as soon as possible using any one of the following methods described below. Also, if you purchase the additional flood insurance of $145,086.00, please forward or have your insurance agent forward evidence of that additional coverage to us as soon as possible, again using any one of the following methods:

- You can provide policy information on our website at bankofamerica.com/cwcustomers.
- You can mail a copy of your flood insurance declaration page with your loan number to:
      BAC HOME LOANS
      P.O. BOX 961206
      FORT WORTH, TX  76161-0206
- Fax a copy of your flood insurance declaration page with your loan number to (800) 293-8158.
- If you have any questions regarding the status of flood insurance coverage for the Property, please call our Service Center at (866) 265-3321.
- If you or your insurance agent/company previously provided policy information, you can confirm our receipt of the information on our website described above, or on your next monthly statement.
- Please note that if you live in a condominium complex, proof of acceptable insurance for that Property will include satisfactory evidence of a condominium association master policy.

## WHAT WILL HAPPEN FOLLOWING OUR PURCHASE OF ADDITIONAL LENDER-PLACED INSURANCE?

In the event that we purchased a Lender-Placed Insurance policy for the additional amount of flood insurance of $145,086.00 when you had acceptable continual flood insurance, then, upon our receipt of proof of your flood policy, you will receive a full refund of the amount paid for the Lender-Placed Insurance policy, provided that your own flood insurance coverage dates back to the beginning of the Lender-Placed Insurance coverage period.

In the event that we purchase a Lender-Placed Insurance policy for the additional amount of flood insurance and you later purchase adequate flood insurance, then, upon our receipt of proof of your flood policy, we will cancel the Lender-Placed Insurance policy as of the effective date of your flood policy and you will receive a refund of the amount paid equal to the unearned portion of the Lender-Placed Insurance policy. The sooner you obtain and provide us evidence of adequate flood insurance, the more quickly we can cancel the Lender-Placed Insurance policy.

If we purchase a Lender-Placed Insurance policy, the cost of that policy will be charged to you and may become an additional debt secured by your mortgage or deed of trust and/or escrowed. If the Lender-Placed Insurance policy is issued with regard to a Home Equity Line of Credit (HELOC) with us, the cost of the Lender-Placed Insurance will be a draw against your HELOC.

Additional requirements related to flood insurance can also be found on our website, bankofamerica.com/cwcustomers Information regarding flood zones and the NFIP can be found by visiting FEMA's website at http://www.fema.gov/nfip or you can call FEMA at (800) 525-0321.

Lender-Placed Flood Insurance may be purchased by us through agencies that are affiliates of Bank of America, N.A.. Bank of America, N.A. and its affiliates may receive a commission or other compensation in connection with obtaining this coverage. **We encourage you to act now and obtain flood insurance in the necessary amounts to avoid incurring the cost of our buying a Lender-Placed Insurance policy**.

We appreciate the opportunity to service your home loan and look forward to resolving this matter.

Sincerely,


Insurance Department