# EXHIBIT 4


**Bank of America**
**Home Loans**

P.O. BOX 961206
FORT WORTH, TX 76161-0206

Service Center Phone #: (866) 265-3321
Fax #: (800) 293-8158

Date: JANUARY 10, 2010

002111 - 015485
SUSAN LASS
23 HOMESTEAD AVE
REHOBOTH, MA 02769-1912

### IMPORTANT INFORMATION REGARDING FLOOD INSURANCE
### NOTICE OF PLACEMENT
### LENDER-PLACED FLOOD INSURANCE HAS BEEN PURCHASED BY BAC HOME LOANS SERVICING, LP, A SUBSIDIARY OF BANK OF AMERICA, N.A. ("BAC HOME LOANS")

| | |
|---|---|
| **Property Address:** | 23 HOMESTEAD AVENUE<br>REHOBOTH MA  02769 |

| **Bank of America Loan #:** | ▮▮▮▮▮▮▮ |
|---|---|

| **Flood Zone:** | A2 | **Map Panel Number:** | 000000- - |
|---|---|---|---|

| **NAMED INSURED & ADDRESS**<br>BAC HOME LOANS SERVICING, LP<br>P.O. BOX 961206<br>FORT WORTH, TX  76161-0206 | **MASTER POLICY #:** ▮▮▮▮▮▮▮<br>**COVERAGE AMOUNT:** $145,086.00<br>**TOTAL INSURANCE CHARGES:** $748.10 |
|---|---|

**Coverage Period**

From: 11/01/2009 Effective date     Until: 11/01/2010 Expiration date
beginning and ending at 12:01 a.m. Standard Time at the Property Address

THIS IS A NOTICE THAT BAC HOME LOANS HAS PURCHASED LENDER-PLACED FLOOD INSURANCE TO PROTECT ITS INTEREST IN THE PROPERTY. THIS NOTICE DOES NOT PROVIDE THE TERMS OF THE LENDER-PLACED INSURANCE POLICY PURCHASED. YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S ADDRESS SHOWN ABOVE.

IN CASE OF A LOSS, PLEASE REPORT IT BY CALLING 1-866-476-8399.

Dear Susan Lass:

**WHY HAVE YOU RECEIVED THIS LETTER?**

We previously notified you that our records indicate that your property at the property address above (the "Property") is located in a Special Flood Hazard Area (Flood Area) as shown on a map published by the Federal Emergency Management Agency (FEMA). The Federal Flood Disaster Protection Act of 1973, as amended, and/or the terms of your mortgage/deed of trust, require that flood insurance be purchased and maintained for the entire term of your loan on improvements to your Property (buildings, homes, condominiums and/or mobile homes) located in a Flood Area. We understand that you do have some flood insurance on the Property, but based on our records, it is not adequate. Since we have not received evidence that you have enough current flood insurance on the Property, we are sending you this Notice of Placement of Lender-Placed Flood Insurance showing that BAC Home Loans has purchased flood insurance (Lender-Placed Insurance) in addition to the flood insurance you currently have and will charge you for the cost of the additional insurance.

AR90051

RE: SUSAN LASS
  Bank of America Loan #: ▮▮▮▮▮▮▮▮

## WHAT IS LENDER-PLACED FLOOD INSURANCE?

As explained in our prior letters to you, due to the limited information we have about your Property, flood insurance purchased by us, Lender-Placed Insurance, will be more expensive and will likely provide less coverage than was previously in effect or that you can obtain on your own. The Lender-Placed Insurance will protect our interest in the Property. The Lender-Placed Insurance is not intended to and may not be sufficient to protect your full equity interest in the Property should flood loss occur and may not be sufficient to fully restore or repair the Property to its previous condition.

The Lender-Placed Insurance will only cover the structure, as described in the policy we purchase. It does not provide coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft or injury to persons or property for which you may be liable or additional living expenses. You can obtain such additional coverage if you purchase your own flood insurance policy. Lender-Placed Insurance will insure only for the peril of flood. It is not homeowner's insurance.

In the event of a claim under a Lender-Placed Insurance policy, all payments will be made to BAC Home Loans, except amounts in excess of BAC Home Loans' interest which will be forwarded to you.

## WHAT SHOULD YOU DO IN RESPONSE TO THIS LETTER?

Since we have purchased additional flood insurance at what is typically a much higher cost, we urge you to contact an insurance agent/company to obtain the necessary additional flood insurance coverage as soon as possible. Please see the description below regarding what is acceptable flood insurance coverage. If you believe you already have acceptable flood insurance coverage as described below, please forward or have your insurance agent forward evidence showing that you have acceptable insurance coverage as soon as possible using any one of the following methods described below. Also, if you purchase the additional flood insurance of $145,086.00, please forward or have your insurance agent forward evidence of that additional coverage to us as soon as possible, again using any one of the following methods:

- You can provide policy information on our website at bankofamerica.com/cwcustomers.
- You can mail a copy of your flood insurance declaration page with your loan number to:
  BAC HOME LOANS
  P.O. BOX 961206
  FORT WORTH, TX  76161-0206
- Fax a copy of your flood insurance declaration page with your loan number to (800) 293-8158.
- If you have any questions regarding the status of flood insurance coverage for the Property, please call our Service Center at (866) 265-3321.
- If you or your insurance agent/company previously provided policy information, you can confirm our receipt of the information on our website described above, or on your next monthly statement.
- Please note that if you live in a condominium complex, proof of acceptable insurance for that Property will include satisfactory evidence of a condominium association master policy.

## WHAT IS ACCEPTABLE FLOOD INSURANCE AND COVERAGE AMOUNT?

The additional flood insurance coverage that our records indicate you need to purchase may be purchased from the same company that is currently providing your flood insurance. The flood insurance coverage you purchase must: (1) be issued by the National Flood Insurance Program (NFIP) or a private insurer properly licensed to do business where the Property is located; (2) provide coverage at least as broad as the coverage offered by the NFIP flood policies; (3) have a deductible not greater than $1,000 or 1% of the face amount of the flood insurance policy, unless a higher maximum deductible is required by state law; (4) have as the named insured on the policy the same mortgagor/trustor as on your mortgage or deed of trust, and (5) include a standard mortgagee clause naming BAC Home Loans Servicing, LP and providing for notice of cancellation to us at the following address:
  BAC HOME LOANS
  P.O. BOX 961206
  FORT WORTH, TX  76161-0206

To maintain acceptable insurance, we require that you maintain flood insurance coverage in an amount at least equal to the lesser of: (1) the maximum insurance available under the NFIP for participating communities, which is currently

RE: SUSAN LASS
   Bank of America Loan #: █████████

$250,000; or (2) the replacement value of the improvements to your Property (typically based on the amount of hazard insurance we understand you have purchased for the Property).

**WHAT WILL HAPPEN NEXT?**

In the event that we purchased a Lender-Placed Insurance policy for the additional amount of flood insurance of $145,086.00 when you had acceptable continual flood insurance, then, upon our receipt of proof of your flood policy, you will receive a full refund of the amount paid for the Lender-Placed Insurance policy, provided that your own flood insurance coverage dates back to the beginning of the Lender-Placed Insurance coverage period.

In the event that we purchase a Lender-Placed Insurance policy for the additional amount of flood insurance and you later purchase adequate flood insurance, then, upon our receipt of proof of your flood policy, we will cancel the Lender-Placed Insurance policy as of the effective date of your flood policy and you will receive a refund of the amount paid equal to the unearned portion of the Lender-Placed Insurance policy. The sooner you obtain and provide us evidence of adequate flood insurance, the more quickly we can cancel the Lender-Placed Insurance policy.

If we purchase a Lender-Placed Insurance policy, the cost of that policy will be charged to you and may become an additional debt secured by your mortgage or deed of trust and/or escrowed. If the Lender-Placed Insurance policy is issued with regard to a Home Equity Line of Credit (HELOC) with us, the cost of the Lender-Placed Insurance will be a draw against your HELOC.

Additional requirements related to flood insurance can also be found on our website, bankofamerica.com/cwcustomers Information regarding flood zones and the NFIP can be found by visiting FEMA's website at http://www.fema.gov/nfip or you can call FEMA at (800) 525-0321.

Lender-Placed Flood Insurance may be purchased by us through agencies that are affiliates of Bank of America, N.A.. Bank of America, N.A. and its affiliates may receive a commission or other compensation in connection with obtaining this coverage. **We encourage you to act now and obtain flood insurance policy in the necessary amounts to avoid the likely higher cost of the Lender-Placed Insurance policy we purchased to protect our interest.**

We appreciate the opportunity to service your home loan and look forward to resolving this matter.

Sincerely,


Insurance Department

# LEXINGTON INSURANCE COMPANY

Administrative Offices: 100 Summer Street
Boston, Massachusetts 02110

## EVIDENCE OF FLOOD INSURANCE
## GAP INSURANCE

**NOTICE:** THIS EVIDENCE OF FLOOD INSURANCE IS ISSUED PURSUANT TO A MASTER POLICY THAT ONLY PROVIDES COVERAGE FOR THE PERIL OF FLOOD AS DEFINED IN THE MASTER POLICY. THERE IS NO COVERAGE FOR PERSONAL PROPERTY OR LIABILITY.

Certificate Number: ▮▮▮▮▮▮    Master Policy Number: ▮▮▮▮▮▮

Certificate Period:   Effective Date: **11/01/2009**   Expiration Date: **11/01/2010**
(At 12:01 AM Standard Time at the address of the Named Insured shown above.)

Borrower/Mortgagor
SUSAN LASS
23 HOMESTEAD AVE
REHOBOTH, MA  02769-1912

Described Location/Insured Property
23 HOMESTEAD AVENUE
REHOBOTH MA  02769

Co-Borrower/Co-Mortgagor

| PROPERTY TYPE: |
|---|
| RESIDENTIAL |

Coverages and Limits of Insurance:

| | | |
|---|---|---|
| **Coverage A** | Building Property: | $145,086.00 |
| **Coverage B** | Personal Property: | NOT COVERED |
| **Coverage C** | Other Coverages: | NOT COVERED |
| **Coverage D** | Increased Cost of Compliance: | NOT COVERED |
| **Coverage E** | Mortgagors Additional Living Expense: | NOT COVERED |
| **Deductible** | | PRIMARY POLICY LIMITS |

All limits of insurance shown above are subject to the Maximum Limits of Insurance shown on the Declarations Page of the Master Policy.

| Lender/Mortgagee:<br>BAC HOME LOANS SERVICING, LP<br>P.O. BOX 961206<br>FORT WORTH, TX  76161-0206 |
|---|

| Premium: | $725.43 |
|---|---|
| Other Fee: | $0.00 |
| Expense Fee: | $0.00 |
| Surplus Lines Tax: | $21.76 |
| Stamping Fee: | $0.91 |
| Total Due: | $748.10 |

This Evidence of Flood Insurance does not amend, extend, or alter the terms and conditions of the Master Policy, except that it does set forth the Certificate Period, Mortgagor, Co-Mortgagor, Mortgagee, Described Location, Limits of Insurance, Deductible, and Premium and is binding don you and on us.  If RESIDENTIAL is shown as the property type above, then the Dwelling Form is applicable to the Master Policy.  If COMMERCIAL is shown as the property type above, then the General Property Form is applicable to the Master Policy.  For a complete copy of the Master Policy, please contact your lender.