# **EXHIBIT 5**


**Bank of America**
**Home Loans**

P.O. BOX 961206
FORT WORTH, TX  76161-0206

Phone #:   (866) 265-3321
Fax #:      (800) 293-8158

Date:       SEPTEMBER 19, 2010

003854 - 014543
SUSAN LASS
23 HOMESTEAD AVE
REHOBOTH, MA 02769-1912

Re:   Bank of America Loan #:   ▮▮▮▮▮▮▮▮
      Property Address:    23 HOMESTEAD AVENUE
                           REHOBOTH MA  02769

Loan Principal Balance:      $28,335.00
(This insurance may provide less coverage than was in effect previously).

Dear Susan Lass:

The flood insurance coverage on your property will expire as of 11/01/2010, but will renew for another term unless we receive proof of acceptable replacement insurance from you on or before the expiration date.

BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A. ("BAC Home Loans") will remain the named insured on the renewed policy. This flood insurance may not be sufficient to fully restore or repair your property to its previous condition, and this flood insurance may not protect any equity that you may have built up on your property. In addition, this flood insurance only covers the building or buildings. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Earthquake is not included. If you disagree with the coverage amount that we intend to obtain as set forth above, please provide us with a written estimate of insurable value from an insurance company of your choosing that meets our criteria as set forth in the hazard insurance requirements attached to this letter.

The flood insurance renewal will be purchased at your expense.  Lender-Placed Flood Insurance may be purchased by us through agencies that are affiliates of Bank of America, N.A.. Bank of America, N.A. and its affiliates may receive a commission or other compensation in connection with obtaining this coverage.

We continue to encourage you to obtain flood insurance on your own that meets all your needs. If you have obtained acceptable insurance already, please instruct your agent or insurance company to mail it to:  BAC HOME LOANS, P.O. BOX 961206, FORT WORTH, TX 76161-0206 or fax a copy of your declaration page summarizing your coverage to (800) 293-8158. If you purchase another flood insurance policy and notify us, or contact us to request that we purchase a substitute policy under the NFIP for you, we will cancel this policy and issue you a refund for the unearned portion of the insurance charges, if we deem that the other policy is acceptable to satisfy these requirements.

If you have already forwarded your policy to us, confirmation can be found on your next monthly statement or at bankofamerica.com. If you would like to confirm the receipt of your policy or would like to discuss the coverage associated with this Lender Placed Policy, you may contact us at (866) 265-3321. For more information on Flood Zones and the National Flood Insurance Program, visit FEMA's Web Site at http://www.fema.gov/nfip.

We appreciate the opportunity to service your home loan and look forward to resolving this matter.

Sincerely,

Insurance Department

**Please send correspondence to:**
**P.O. BOX 961206, FORT WORTH, TX 76161-0206**
Please write your loan number on all correspondence

AR90051

**\*\* ATTENTION \*\***
**BAC HOME LOANS CUSTOMERS**
**\*\* FLOOD INSURANCE REQUIREMENTS \*\***

This notice is intended to summarize BAC Home Loans' insurance requirements for your property.

Flood insurance must be purchased on any improved real estate that is located in an area that has been identified by FEMA (the Federal Emergency Management Agency) as a Special Flood Hazard Area (SFHA). If your home is located in an SFHA, you must purchase adequate flood insurance. The determination that your improved real estate (buildings and not land) is in an SFHA may be made at the time of loan origination or at any time during the term of your loan.

You must purchase flood insurance only with respect to improvements located in an SFHA designated by FEMA on its Flood Hazard Boundary Maps and Flood Insurance Rate Maps, and whose Flood Zone designations are A or V. Improvements mean your home and other structures, such as your garage, that are given value in determining the appraised value of your property. You are not required to purchase flood insurance unless a portion of the improvement is located in an SFHA. As to improvements located wholly outside of an SFHA and whose Flood Zone designations are B, C, X or D, flood insurance is not mandatory. However, BAC Home Loans may require flood insurance on properties located in Flood Zones B, C, X and D, bearing in mind that historically a significant level of flood losses have occurred in these zones. In addition, BAC Home Loans may require flood insurance even if the home that is security for the loan is located outside of an SFHA. For more information on Flood Zones and the National Flood Insurance Program, visit FEMA's website at http://www.fema.gov/nfip.

The amount of coverage must be equal to the lesser of: (1) The minimum amount required under the terms of the coverage, to compensate for any damage or loss on a replacement cost basis (or the unpaid principal balance of the loan if replacement cost coverage is not available for the type of dwelling insured); or, (2) The maximum insurance available under the appropriate NFIP. The maximum deductible may not exceed the greater of $1,000 or 1% of the face amount of the policy, unless a higher maximum amount is required by state law; or, (3) The maximum coverage allowed by applicable law.

A flood insurance policy must be issued by the NFIP or meet the following requirements: (1) the insurer must be properly licensed to do business where the property is located; (2) the policy must include an endorsement which requires the insurer to give the insured and the lender written notice of cancellation or non-renewal at least 30 days prior to the effective date of cancellation or non-renewal; and (3) the policy should guarantee that the flood insurance coverage is at least as broad as the coverage offered by the NFIP policies. The named insured on the policy must be the same as the mortgagor/trustor on your mortgage or deed of trust. The policy must include a Standard Mortgagee Clause naming BAC Home Loans Servicing, LP and its successors and/or assigns A.T.I.M.A. as mortgagee.

To help us maintain accurate records on your account, your Bank of America, N.A. account number (your loan number) must be included on all policies and correspondence with your insurer.

Due to changes in investor requirements, federal or state laws or regulations, BAC Home Loans may modify its insurance requirements to include additional types or amounts of coverage. In this event, BAC Home Loans will notify you prior to the effective date so that you may purchase the required coverage.

If you fail to provide proof of required insurance, BAC Home Loans may obtain flood insurance coverage on your home at your expense. The cost of any flood insurance purchased by BAC Home Loans will become an additional debt secured by your mortgage or deed of trust. The coverage amount for Lender-Placed Insurance will be based on the replacement value, which we believe is the last known amount of coverage you purchased, and if we do not have that information, it will be your current principal balance. This insurance may not be sufficient to fully restore or repair your property to its previous condition, and this insurance may not protect any equity that you may have built up on your home. In addition, this insurance only covers the building or buildings. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Please note that this insurance will likely provide less coverage than was previously in effect, it may duplicate existing coverage, and it may be more expensive than your previous coverage. In the event of a claim, all payments under this coverage will be made to BAC Home Loans, except amounts in excess of BAC Home Loans' interest which will be forwarded to you.

BAC Home Loans strongly encourages you to purchase acceptable insurance coverage on your own. Thank you and please let us know if you have any questions.

AR90051