**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUSAN LASS, as an individual and as a representative of the classes,<br><br>    *Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.,<br><br>    *Defendants*. | Case No. 1:11-cv-10570-NMG |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3, notice is hereby given that Plaintiff Susan Lass hereby appeals to the United States Court of Appeals for the First Circuit from the district court's Memorandum and Order dated August 10, 2011 and entered August 10, 2011 (as Docket No. 58 in Case No. 1:10-cv-11583-NMG) and entered August 11, 2011 (as Docket No. 23 in Case No. 1:11-cv-10570-NMG), allowing Defendants' motion to dismiss and dismissing Plaintiff's amended complaint.

Dated:  September 8, 2011

Respectfully submitted,

/s/ Kai Richter
Paul J. Lukas, MN Bar No. 22084X*
E. Michelle Drake, MN Bar No. 0387366*
Kai Richter, MN Bar No. 0296545*
Rebekah L. Bailey, MN Bar No. 0389599*
**NICHOLS KASTER, PLLP**
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870
lukas@nka.com
drake@nka.com
krichter@nka.com
bailey@nka.com

ATTORNEYS FOR PLAINTIFF AND
THE PUTATIVE CLASSES

## Certificate of Service

      I, Kai Richter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 8, 2011.

      /s/ Kai Richter
      Kai Richter