# United States Court of Appeals
## For the First Circuit

No. 11-2037

SUSAN LASS, as an individual and as a representative of the classes

Plaintiff - Appellant

v.

BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP

Defendants - Appellees

**MANDATE**

Entered: January 11, 2013

In accordance with the judgment of September 21, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

Costs are taxed in favor of the appellant in the amount of $716.52.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Rebekah Lynn Bailey
Eleanor Michelle Drake
Thomas W. Duffey
John C. Englander
Edward F. Haber
Matthew G. Lindenbaum
Kai Heinrich Richter